**Order entered October 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01249-CV

### IN RE JESSE GUNN, Relator

**Original Proceeding from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-54301-2013**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.

/s/     MICHAEL J. O'NEILL
JUSTICE